PHILLIP A. TALBERT
Acting United States Attorney
WILLY LE, TX BN 24046276
Acting Regional Chief Counsel, Region X
Social Security Administration
JUSTIN L. MARTIN, MO BN 62255
Special Assistant United States Attorney
    701 Fifth Avenue
    Suite 2900 M/S 221A
    Seattle, Washington 98104
    Telephone: (206) 615-3735
    Facsimile: (206) 615-2531
    E-Mail: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRANDON ROBERTO DAUGHERTY,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:21-cv-00417-EPG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(ECF No. 16) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

administrative law judge (ALJ) for a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Acting Commissioner.

      Respectfully submitted this 28th day of October 2021.

Dated: October 28, 2021　　　　　/s/ *Jonathan Omar Pena**
　　　　　　　　　　　　　　　　JONATHAN OMAR PENA
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　*Authorized via e-mail on October 28, 2021


　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　WILLY LE
　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region X
　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　By:　 /s/ *Justin L. Martin*
　　　　　　　　　　　　　　　　JUSTIN L. MARTIN
　　　　　　　　　　　　　　　　Special Assistant United States Attorney

　　　　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 16), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation. The Clerk of the Court is directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:  **October 29, 2021**                     /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE